# RAYMOND & RAYMOND
**Attorneys at Law**

**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin de Lyon, Esq.**

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711
Voice-Mail/Alt. Fax (815) 642-4613
Email: **bankruptcy123@comcast.net**
Website: www.bankruptcylaw123.com

September 14, 2016

Honorable Vincent Papalia, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Simone Julien, Debtor(s)
        15-16381 (VFP)
        Chapter 13
    Proceeding: Trustee Default Certification
    Hearing Date: To Be Determined

Dear Judge Papalia:

    Please accept this letter in limited response to the Trustee's Default Certification. The trustee filed a default certification based on the fact that the debtor is $2,060 behind in trustee payments, representing about two payments. This appears to be correct. We have called the debtor and left messages but have yet to hear back and the deadline to respond is today. It is believed that the debtor can catch up with payments as the arrears are not too great.

    I therefore would request the court schedule a hearing on the matter to avoid automatic dismissal.

                          Respectfully submitted,

                          /S/ HERBERT B. RAYMOND, ESQ.
                          ------------------------------
                          HERBERT B. RAYMOND, ESQ.