

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>   SIMONE JULIEN | |

Order Filed on October 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  15-16381 VFP**

**Hearing Date:  10/6/2016**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 7, 2016**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): SIMONE JULIEN

Case No.: 15-16381

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 10/06/2016 on notice to HERBERT B.

RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 10/16/2016 or the case will be dismissed; and it

  is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

  referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.