Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–16381–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Julien
   P0 Box 8211
   Jersey City, NJ 07308

Social Security No.:
   xxx–xx–4999

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2015.

On 10/07/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                November 17, 2016
Time:                 10:00 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 11, 2016
JJW: mg

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-16381-VFP
Simone Julien                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Oct 11, 2016
                              Form ID: 185            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.
```
db           +Simone Julien,    P0 Box 8211,    Jersey City, NJ 07308-8211
515618860    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515436982    +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,    200 Sheffield Street - Suite 301,
              PO Box 1024,    Mountainside, NJ 07092-1024
515436981    +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
515436980    +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
515436985     Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
515436983     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
515436986    +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
515436987    +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101
515436988    #+Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
515436989    #+Zucker, Goldberg & Ackerman ESQ,    PO Box 1024,    Mountainside, NJ 07092-0024
515436991    #+Zucker, Goldberg and Ackerman,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
              PO Box 1024,    Mountainside, NJ 07092-0024
515436992    +Zucker, Goldberg and Ackerman PC ESQ,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
              PO Box 1024,    Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2016 23:21:45      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2016 23:21:43       United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
                                                                               TOTAL: 2
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515436984*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
515436990*    +Zucker, Goldberg & Ackerman LLC,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
```
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK bankruptcynotice@zuckergoldberg.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com,
         bkgroup@kmllawgroup.com
        Herbert B. Raymond   on behalf of Debtor Simone  Julien bankruptcy123@comcast.net,
         jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
         mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
        Joel A. Ackerman   on behalf of Creditor   MIDFIRST BANK jackerman@zuckergoldberg.com
        Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                  TOTAL: 7
```