| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>_____<br>KML Law Group, P.C.<br>Denise Carlon, Esquire<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | **Order Filed on January 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| | | |
|---|---|---|
| In Re: | Case No.: | 15-16381-VFP |
| Simone Julien, | Chapter: | 13 |
| Debtor. | Judge: | Vincent F. Papalia |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 30, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____9/13/2016_____ :

Property:    172 Garfield Avenue, Jersey City, NJ 07305

Creditor:    MidFirst Bank

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by _____MidFirst Bank_____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____1/25/2017_____ .

*Revised 9/19/13*

2