| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |

Order Filed on February 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  SIMONE JULIEN

**Case No.:  15-16381 VFP**

**Hearing Date:  2/2/2017**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 3, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Document     Page 2 of 2

Debtor(s):  SIMONE JULIEN

Case No.:  15-16381

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/02/2017 on notice to HERBERT B.

RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 2/16/2017 or the case will be dismissed; and it is

   further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

   referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney;

   and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.