Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 15−16381−VFP  
        Chapter: 13  
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Simone Julien  
   P0 Box 8211  
   Jersey City, NJ 07308

Social Security No.:  
   xxx−xx−4999

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/17/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 17, 2017  
JAN: jf

                      Jeanne Naughton  
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-16381-VFP
Simone Julien                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 1            Date Rcvd: Feb 17, 2017
                               Form ID: 148           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db              +Simone Julien,    PO Box 8211,     Jersey City, NJ 07308-8211
515618860       +MidFirst Bank,    999 NorthWest Grand Boulevard,      Oklahoma City, OK 73118-6051
515436981       +Midfirst Bank,    999 North West Grand Blvd.,     Oklahoma City, OK 73118-6051
515436980       +Midfirst Bank,    PO Box 268950,     Oklahoma City, OK 73126-8950
515436982       +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,     200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
515436985        Midland Mortgage,    PO Box 26648,     Oklahoma City, OK 73126-0648
515436983        Midland Mortgage,    PO Box 268888,     Oklahoma City, OK 73126-8888
515436986       +Midland Mortgage,    PO Box 18187,     Oklahoma City, OK 73154-0187
515436987       +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101
515436988      #+Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
515436989      #+Zucker, Goldberg & Ackerman ESQ,     PO Box 1024,    Mountainside, NJ 07092-0024
515436991      #+Zucker, Goldberg and Ackerman,    Attorneys AT Law,     200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
515436992       +Zucker, Goldberg and Ackerman PC ESQ,     Attorneys AT Law,    200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 17 2017 23:56:19      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 17 2017 23:56:15      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515436984*       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
515436990*      +Zucker, Goldberg & Ackerman LLC,     PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond     on behalf of Debtor Simone  Julien bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Joel A. Ackerman    on behalf of Creditor    MIDFIRST BANK jackerman@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 7
```