UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   SIMONE JULIEN

Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    15-16381 VFP

Chapter:    13

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 17, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 15-16381

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 02/03/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 7 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

Case 15-16381-VFP    Doc 87    Filed 02/19/17    Entered 02/20/17 00:39:03    Desc Imaged
Debtor(s): SIMONE JULIEN    Certificate of Notice    Page 2 of 2

Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:  
Simone Julien  
    Debtor

Case No. 15-16381-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 17, 2017  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db            +Simone Julien,    PO Box 8211,    Jersey City, NJ 07308-8211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Herbert B. Raymond    on behalf of Debtor Simone  Julien bankruptcy123@comcast.net, jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
           Joel A. Ackerman    on behalf of Creditor    MIDFIRST BANK jackerman@zuckergoldberg.com  
           Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                                                                                            TOTAL: 7